1  Thomas F. Bertrand, SBN 056560
2  Michael C. Wenzel, SBN 215388
   Bertrand, Fox & Elliot
3  The Waterfront Building
   2749 Hyde Street
4  San Francisco, California 94109
5  Telephone: (415) 353-0999
   Facsimile: (415) 353-0990
6  Attorneys for Defendants
   COUNTY OF ALAMEDA
7  and MAYA YNOSTROZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN QUINN and ROXANA PANGELINAN,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, MAYA YNOSTROZA, and DOES 1 through 150,<br><br>  Defendant | Case No.: CV084018 WDB<br><br>CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND CLERK OF THE ALAMEDA COUNTY SUPERIOR COURT OF REMOVAL OF ALAMEDA SUPERIOR COURT ACTION NO. RG08400030 UNDER 28 U.S.C. § 1441(b) [Federal Question] AND SUPPORTING DOCUMENTS LISTED HEREIN |

K. A. ADAMS certifies and declares as follows:

I am over the age of eighteen years and not a party to this action. My business address is Bertrand, Fox and Elliot, 2749 Hyde Street, San Francisco, California, 94109, which is located in the city, county and state where the mailings described below took place.

On August 22, 2008, I deposited in the United States mail at San Francisco, California, to Brian McCarthy, attorney for Ryan Quinn and Roxana Pangelinan, 7027 Dublin Blvd., Dublin, CA 94568, a copy of the **Notice of Removal** of this action which was filed in the United States

1  District Court for the Northern District of California on August 22, 2008, together with all
2  documents received in connection with United States District Court Action No. CV084018WDB
3  listed below: *(1) Location Guide to the Court Offices – Oakland Federal Building (2) Order*
4  *Setting Initial Case Management Conference and ADR Deadlines [including Standing Order for*
5  *All Judges of Northern District and Standing Orders for Wayne Brazil; (3) ECF Registration*
6  *Information Handout; (4) Consenting to a Magistrate Judge's Jurisdiction in the Northern  (5)*
7  *Notice of Assignment of Case To A United States Magistrate Judge for Trial.*

8       By One Legal filing service on August 22, 2008 I caused to be filed a copy of said
9  **filed/endorsed Notice of Removal (without listed documents from the US District Court)** by
10  the Clerk of the Superior Court/San Francisco, 400 McAllister Street, San Francisco, CA 94102.

11       I declare under penalty of perjury that the foregoing is true and correct. Executed on
12  August 22, 2008.

                                */s/ K.A.Adams*
                                K.A. Adams

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND CLERK OF THE ALAMEDA SUPERIOR COURT