Thomas F. Bertrand, SBN 056560
Michael C. Wenzel, SBN 215388
Bertrand, Fox & Elliot
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendants
COUNTY OF ALAMEDA
and MAYA YNOSTROZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN QUINN and ROXANA PANGELINAN,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, MAYA YNOSTROZA, and DOES 1 through 150,<br><br>Defendant | Case No.: CV084018 WDB<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF DEFENDANTS COUNTY OF ALAMEDA and MAYA YNOSTROZA |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned counsel, that Defendants COUNTY OF ALAMEDA and MAYA YNOSTROZA shall have an extension of time through and including September 8, 2008, within which to file a responsive pleading to Plaintiffs' Complaint.

Dated: August 26, 2008

*(signature)*
by: Brian McCarthy,
Attorney for Plaintiffs RYAN QUINN
and ROXANA PANGELINAN

Dated: August 26, 2008

BERTRAND, FOX & ELLIOT

*(signature)*
by: Michael C. Wenzel,
Attorney for Defendants COUNTY OF
ALAMEDA and MAYA YNOSTROZA