```
 1  Thomas F. Bertrand, SBN 056560
    Michael C. Wenzel, SBN 215388
 2  Bertrand, Fox & Elliot
    The Waterfront Building
 3  2749 Hyde Street
 4  San Francisco, California 94109
    Telephone: (415) 353-0999
 5  Facsimile: (415) 353-0990
 6  Attorneys for Defendants
    COUNTY OF ALAMEDA
 7  and MAYA YNOSTROZA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN QUINN and ROXANA PANGELINAN, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF ALAMEDA, MAYA YNOSTROZA, and DOES 1 through 150, <br><br> Defendant | Case No.: CV084018 WDB <br><br> STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF DEFENDANTS COUNTY OF ALAMEDA and MAYA YNOSTROZA |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective undersigned counsel, that given the parties intent to submit a stipulation and order to the Court dismissing plaintiffs' federal claims for relief and remanding this action to the Alameda County Superior Court, that Defendants COUNTY OF ALAMEDA and MAYA YNOSTROZA shall have an extension of time through and including September 29, 2008, within which to file a responsive pleading to Plaintiffs' Complaint.

Dated: September 11th, 2008

_/s/ Brian McCarthy_
by: Brian McCarthy,
Attorney for Plaintiffs RYAN QUINN
and ROXANA PANGELINAN

Dated: September 4th, 2008

BERTRAND, FOX & ELLIOT

_/s/ Michael C. Wenzel_
by: Michael C. Wenzel,
Attorney for Defendants COUNTY OF
ALAMEDA and MAYA YNOSTROZA