1  Thomas F. Bertrand, SBN 056560
   Michael C. Wenzel, SBN 215388
2  Bertrand, Fox & Elliot
   The Waterfront Building
3  2749 Hyde Street
4  San Francisco, California 94109
   Telephone: (415) 353-0999
5  Facsimile: (415) 353-0990
6  Attorneys for Defendants
   COUNTY OF ALAMEDA
7  and MAYA YNOSTROZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RYAN QUINN and ROXANA PANGELINAN, | ) ) ) | Case No.: CV084018 WDB |
|---|---|---|
| Plaintiffs, | ) ) ) | STIPULATION AND [PROPOSED] ORDER DISMISSING FEDERAL CLAIMS OF THE COMPLAINT AND REMANDING ACTION TO STATE COURT |
| vs. | ) ) ) | |
| COUNTY OF ALAMEDA, MAYA YNOSTROZA, and DOES 1 through 150, | ) ) ) | |
| Defendant | ) | |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiffs RYAN QUINN and ROXANA PANGELINAN and defendants COUNTY OF ALAMEDA and MAYA YNOSTROZA, by and through their attorneys of record, that:

1. Plaintiffs' federal claims in this action, as alleged in their third cause of action, and whether brought under the United States Constitution, 42 U.S.C. 1983 or any other federal statute or law, are dismissed with prejudice, with each party to bear its own fees and costs as to these federal claims.

2. Plaintiffs' complaint is to be remanded to Alameda County Superior Court.

3. Defendants shall have thirty days from the date this action is reassigned to the active Alameda County Court Calendar to file its responsive pleading.

Dated: September 2, 2008

By: /s/ Brian McCarthy
Brian McCarthy
Attorney for Plaintiffs RYAN QUINN and ROXANA PANGELINAN

Dated: September 19, 2008

BERTRAND, FOX & ELLIOT

By: /s/
Thomas F. Bertrand
Michael C. Wenzel
Attorneys for Defendants
COUNTY OF ALAMEDA and MAYA YNOSTROZA

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' federal claims in this action, as alleged in their third cause of action, are dismissed with prejudice, with each party to bear its own fees and costs as to these federal claims;

2. Plaintiffs' complaint is hereby remanded to the Alameda County Superior Court; and

3. Defendants' will have thirty (30) days from the date the action is reassigned to the active Alameda County Superior Court calendar to file a responsive pleading.

IT IS SO ORDERED.

Dated: September 22, 2008.

/s/ Wayne D. Brazil
Wayne D. Brazil
Magistrate Judge of the U.S. District Court